















```
LMM     6/7/01    6:53
3:00-CV-01827   MICROSOFT CORP V. SANDMAN
*27*
*JGM.*
```

PRESTON GATES & ELLIS LLP
Jane H. Barrett (State Bar No. 53115)
Kathleen O. Peterson (State Bar No. 124791)
Colin C. Holley (State Bar No. 191999)
725 South Figueroa Street, Suite 2100
Los Angeles, California 90017-5524
Telephone: (213) 624-2395
Facsimile: (213) 624-5924

Attorneys for Plaintiff
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS SANDMAN d/b/a PCH DISTRIBUTION a/k/a PC HIGHWAY; THOMAS SANDMAN d/b/a SANDMAN DISTRIBUTION; THOMAS SANDMAN d/b/a SANDMAN SYSTEMS; and THOMAS SANDMAN, an individual,<br><br>Defendants. | Case No. 00 CV 1827 BTM(AJB)<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT RE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS THOMAS SANDMAN d/b/a PCH DISTRIBUTION a/k/a PC HIGHWAY, THOMAS SANDMAN d/b/a SANDMAN DISTRIBUTION, THOMAS SANDMAN d/b/a SANDMAN SYSTEMS, and THOMAS SANDMAN |

Having considered Microsoft Corporation's ("Microsoft") Motion for Entry of Default Judgment, the Memorandum of Points and Authorities, declarations and exhibits filed in support thereof, the Complaint, the First Amended Complaint, and other papers in the Court's file in this matter,

**THE COURT MAKES THE FOLLOWING JUDGMENT:**

1. Defendants Thomas Sandman d/b/a PCH Distribution a/k/a PC Highway, Thomas Sandman d/b/a Sandman Distribution, Thomas

K:\00104\01206\CCH\DEFAULT JUDGMENT

ENTERED ON ____JUN 7 2001____ 00cv1827

Sandman d/b/a Sandman Systems, and Thomas Sandman (collectively "Defendants") are liable to Microsoft for willful copyright infringement of the following works:

    (1) TXu 649-511 (Microsoft Windows 95);

    (2) TX 4-687-920 (Microsoft Windows 98);

    (3) TX 4-395-984 (Microsoft Office 97 (Professional Edition));

    (4) TX 4-395-639 (Microsoft Access 97);

    (5) TX 4-395-640 (Microsoft Excel 97);

    (6) TX 4-395-686 (Microsoft Outlook 97);

    (7) TX 4-395-685 (Microsoft Powerpoint 97); and

    (8) TX 4-395-687 (Microsoft Word 97);

    (9) TX 4-905-936 (Microsoft Office 2000 Professional);

    (10) TX 4-905-950 (Microsoft Access 2000);

    (11) TX 4-905-949 (Microsoft Excel 2000);

    (12) TX 4-905-019 (Microsoft Outlook 2000);

    (13) TX 4-905-952 (Microsoft PowerPoint 2000);

    (14) TX 4-905-937 (Microsoft Publisher 2000); and

    (15) TX 4-905-951 (Microsoft Word 2000).

2. Defendants are liable to Microsoft for willful trademark infringement under federal law, 15 U.S.C. § 1114 *et seq.*, resulting from their use in commerce of Microsoft's trade dress and use and imitation of the following Trademarks and/or Service Mark Registration Numbers:

    (1) 1,256,083 ("MICROSOFT");

    (2) 1,872,264 ("WINDOWS");

    (3) 1,200,236 ("MICROSOFT");

    (4) 1,816,354 (WINDOWS FLAG LOGO);

1       (5)  1,815,350 (COLORED WINDOWS LOGO);

2       (6)  1,982,562 (PUZZLE PIECE LOGO);

3       (7)  1,475,795 ("POWERPOINT");

4       (8)  1,741,086 ("MICROSOFT ACCESS");

5       (9)  1,739,829 ("MICROSOFT ACCESS");

6       (10) 1,592,783 ("BOOKSHELF"); and

7       (11) 2,188,125 ("OUTLOOK").

    3. Defendants are liable to Microsoft for unfair competition under federal law, 15 U.S.C. § 1125, and under the laws of the State of California.

    4. Microsoft is hereby awarded judgment against Defendants Thomas Sandman d/b/a PCH Distribution a/k/a PC Highway, Thomas Sandman d/b/a Sandman Distribution, Thomas Sandman d/b/a Sandman Systems, and Thomas Sandman, jointly and severally, as follows:

      a. Statutory Damages . . . . . . . $75,000.00
      b. Attorneys' Fees . . . . . . . . $ 8,090.00
      c. Costs . . . . . . . . . . . . . $ 1,948.72
         Total Judgment           $85,038.72

    5. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. §1961.

//
//
//
//
//
//
//
//

6.  Defendants shall be permanently enjoined from further infringing any of Microsoft's copyrights and trademarks. ~~This Court contemporaneously issues a separate permanent injunction~~.

IT IS SO ORDERED.

DATED: June 5, 2001

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

PRESENTED BY:

PRESTON GATES & ELLIS, LLP
JANE H. BARRETT
KATHLEEN O. PETERSON
COLIN C. HOLLEY

By _____
Colin C. Holley
Attorneys for Plaintiff
MICROSOFT CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: Preston Gates & Ellis LLP, Four Park Plaza, Suite 1900, Irvine, California 92614.

On May 15, 2001, I served the following document described as: [PROPOSED] ORDER AND JUDGMENT RE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS THOMAS SANDMAN d/b/a PCH DISTRIBUTION a/k/a PC HIGHWAY, THOMAS SANDMAN d/b/a SANDMAN DISTRIBUTION, THOMAS SANDMAN d/b/a SANDMAN SYSTEMS, and THOMAS SANDMAN on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope in the United States mail at Irvine, California addressed as follows:

Thomas Sandman d/b/a PCH Distribution a/k/a PC Highway;
Thomas Sandman d/b/a Sandman Distribution;
Thomas Sandman d/b/a Sandman Systems;
and Thomas Sandman, an individual
249 S. Highway 101, Suite 564
Solana Beach, CA 92075

[X] **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY TELEFAX)** I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed:

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2001, at Irvine, California.

*/s/ Carolyn M. McCoy*
Carolyn M. McCoy

K:\00104\01206\CCH\DEFAULT JUDGMENT                5.                          00cv1827